# UNITED STATES DISTRICT COURT
## District of New Jersey

DANIEL GATSON

        Plaintiff

V.

STATE OF NEW JERSEY , et al

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 10-5606  (DRD)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

It is hereby **ORDERED** on this 18th day of MAY, 2011 that the application is:

\_\_ GRANTED, and the Clerk is directed to file the Complaint, and

It is further **ORDERED** that the clerk shall

\_\_ Issue summon(es); and

\_\_ The United States Marshal to serve a copy of the Complaint, Summons(es) and this Order upon the defendant(s) as directed by the plaintiff. All costs shall be advanced by the United States;

\_\_ Plaintiff is to serve a copy of the Complaint, Summons(es) and this Order upon the defendants(s), pursuant to the Rules;

**X** DENIED, for the following reasons.

<u>No claim upon which relief can be granted.</u>

*(signed)*
DICKINSON R. DEBEVOISE,
UNITED STATES DISTRICT JUDGE